

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES BECKISH, RICHARD WITCHER,
JAMES TONER, PETER O'BRIEN, and
JOSEPH ANTHONY DEMARIA,

    Defendants.
_____/

CASE NO. 17 MAG 4757

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jason P. Hernandez, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Peter O'Brien in the above-captioned action.

I am in good standing of the bars of the states of Florida and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 1, 2017

Respectfully Submitted,

By: _____
Jason P. Hernandez (FL Bar No. 18598)
STEARNS WEAVER MILLER WEISSLER
   ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

*Attorney for Defendant, Peter O'Brien*

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES BECKISH, RICHARD WITCHER,
JAMES TONER, PETER O'BRIEN, and
JOSEPH ANTHONY DEMARIA,

        Defendants.
_____/

CASE NO. 17 MAG 4757

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Jason P. Hernandez, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Florida and California; and that his contact information is as follows:

    Applicant's Name: Jason P. Hernandez

    Firm Name: Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

    Address: 150 West Flagler Street

    City / State / Zip: Miami, Florida 33130

    Telephone / Fax: 305-789-3455 / 305-789-3395

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Peter O'Brien in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8-24-17

                                           United States Magistrate Judge

#5873647 v1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES BECKISH, RICHARD WITCHER, JAMES TONER, PETER O'BRIEN, and JOSEPH ANTHONY DEMARIA,

        Defendants.

        CASE NO. 17 MAG 4757

_____/

### AFFIDAVIT OF JASON P. HERNANDEZ

Jason P. Hernandez deposes and says:

1. I am over the age of eighteen (18) and I make this affidavit based upon my personal knowledge in support of my application for admission pro hac vice in the above-referenced matter.

2. I have never been convicted of a felony or any crime.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently pending against me.

5. Certificates of good standing for the state bar of Florida and California are attached to this Affidavit.

Dated: August 1, 2017.

_____
Jason P. Hernandez

#5876785 v1

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### JASON PETER HERNANDEZ

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **December 16, 2005,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

**WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this August 3, 2017.**

**Clerk of the Supreme Court of Florida.**



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *JASON PETER HERNANDEZ*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JASON PETER HERNANDEZ, #308959, was on the 26th day of April, 2016, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 3rd day of August, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
I. Calanoc, Senior Deputy Clerk

```
Court Name: District Court
Division: 1
Receipt Number: 463401188444
Cashier ID: Aacevedo
Transaction Date: 08/22/2017
Payer Name: JASON HERNANDEZ

PRO HOC VICE
 For: JASON HERNANDEZ
 Case/Party: D-NYS-1-17-CF-072350-000
 Amount:         $200.00

CHECK
 Check/Money Order Num: 26
 Amt Tendered: $200.00

Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00

17MJ4757
```